UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES SIMSHAUSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06CV1596 HEA |
| | ) | |
| STATE OF MISSOURI, | ) | |
| MISSOURI PUBLIC DEFENDER | ) | |
| SYSTEM, | ) | |
| and | ) | |
| NEAL POSDAMER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is

**DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal

would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 17th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE